

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2015

No. 04-14-00670-CR

Simon Rene **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10101
Honorable Mary D. Roman, Judge Presiding

## O R D E R

    Appellant's brief was originally due to be filed on January 2, 2015. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motion for extension of time to file the brief until February 2, 2015. On February 2, 2015, Appellant filed a second unopposed motion for extension of time to file the brief until March 5, for a total extension of sixty days. Appellant's motion is GRANTED. Appellant must file the brief not later than March 5, 2015.

_____
Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court